# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

|  |  |
|---|---|
| GERALDINE RUPERT, individually and on behalf of all others similarly situated, | |
| Plaintiff, | Case No: 2:23-cv-12289-LVP-DRG |
| v. | Hon. Linda V. Parker |
| MAGNA MODULAR SYSTEMS, INC., a Delaware corporation, | Mag. David R. Grand |
| Defendant. | |

## SUPPLEMENTAL EXHIBIT A TO MOTION FOR APPROVAL OF FLSA SETTLEMENT

NOW COMES Plaintiff Geraldine Rupert ("Plaintiff"), individually and on behalf of all others similarly situated, by and through her attorneys, Sommers Schwartz P.C. and Melmed Law Group, P.C., and hereby supplements the Exhibit A (EFC No. 29-2) with the attached Exhibit.

Date: April 10, 2025

Respectfully submitted,

*/s/ Kevin J. Stoops*
Kevin J. Stoops (P64371)
Alana A. Karbal (P82908)
**SOMMERS SCHWARTZ, P.C.**
One Towne Square, 17th Floor
Southfield, Michigan 48076
(248) 355-0300
kstoops@sommerspc.com
akarbal@sommerspc.com

1

Jesse L. Young (P72614)
**SOMMERS SCHWARTZ, P.C.**
141 E. Michigan Avenue, Suite 600
Kalamazoo, Michigan 49007
(269) 250-7500
jyoung@sommerspc.com

Jonathan Melmed (CA SBN 290218)
Laura Supanich (P85849) (CA SBN 314805)
**MELMED LAW GROUP, P.C.**
1801 Century Park East, Suite 850
Los Angeles, CA 90067
(310) 824-3828
jm@melmedlaw.com
lms@melmedlaw.com

*Attorneys for Plaintiff and the Proposed Collective*

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2025, I electronically filed a copy of the foregoing. Notice of this filing will be sent to all parties via the Court's electronic filing system. Parties may access the filing through the Court's system.

*/s/ Kevin J. Stoops*
Kevin J. Stoops (P64371)

2