## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| GERALDINE RUPERT, individually and on behalf of all others similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>MAGNA MODULAR SYSTEMS, INC., a Delaware corporation,<br><br>    Defendant. | Case No: 2:23-Cv-12289<br><br>Hon. Linda V. Parker<br><br>Mag. David R. Grand |

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

This matter having come before the Court on stipulation of the parties, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that this case is dismissed with prejudice and without attorneys' fees or costs. Entry of this order resolves all pending claims and closes the case.

**IT IS SO ORDERED.**

                                              s/ Linda V. Parker
                                              LINDA V. PARKER
                                              U.S. DISTRICT JUDGE

Dated: December 23, 2025

STIPULATED AND AGREED TO BY:

/s/ Kevin J. Stoops (w/consent)
Jesse L. Young (P72614)
SOMMERS SCHWARTZ, P.C.
141 E. Michigan Avenue, Suite 600
Kalamazoo, Michigan 49007
(269) 250-7500
jyoung@sommerspc.com

Kevin J. Stoops (P64371)
Alana A. Karbal (P82908)
SOMMERS SCHWARTZ, P.C.
One Town Square, 17th Floor
Southfield, Michigan 48076
(248) 355-0300
kstoops@sommerspc.com
akarbal@sommerspc.com

Jonathan Melmed (CA SBN 290218)
Laura Supanich (P85849)
(CA SBN 314805)
MELMED LAW GROUP, P.C.
1801 Century Park East, Suite 850
Los Angeles, CA 90067
(310) 824-3828

Attorneys for Plaintiff

/s/ Allan S. Rubin
Allan S. Rubin (P44420)
Jennell K. Shannon (MN Bar No. 0398672) (admitted to practice in E.D. Mich.)
JACKSON LEWIS P.C.
2000 Town Center, Ste. 1650
Southfield, MI 48075
(248) 936-1900
allan.rubin@jacksonlewis.com
jennell.shannon@jacksonlewis.com

Attorneys for Defendant